OCTOBER 14, 2004

No. 04–260.  GEN-PROBE INC. *v.* VYSIS, INC.  C. A. Fed. Cir. Certiorari dismissed under this Court's Rule 46.1.

OCTOBER 18, 2004

No. 03–1391.  JACKSON ET AL. *v.* PERRY, GOVERNOR OF TEXAS, ET AL.;

No. 03–1396.  AMERICAN GI FORUM OF TEXAS ET AL. *v.* PERRY, GOVERNOR OF TEXAS, ET AL.;

No. 03–1399.  LEE ET AL. *v.* PERRY, GOVERNOR OF TEXAS, ET AL.;

No. 03–1400.  TRAVIS COUNTY, TEXAS *v.* PERRY, GOVERNOR OF TEXAS, ET AL.; and

No. 03–9644.  HENDERSON *v.* PERRY, GOVERNOR OF TEXAS, ET AL.  Appeals from D. C. E. D. Tex.  Motion of appellant in No. 03–9644 for leave to proceed *in forma pauperis* granted. Judgment vacated, and cases remanded for further consideration in light of *Vieth* v. *Jubelirer*, 541 U. S. 267 (2004).

No. 04M14.  DYSON *v.* CALIFORNIA ET AL.  Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 03–9629.  RIVERS *v.* UNITED STATES.  C. A. 11th Cir. Motion of petitioner to consolidate this case with No. 03–9685, *Johnson* v. *United States* [certiorari granted, 542 U. S. 965], denied.

No. 04–5897.  FITZGERALD *v.* FITZGERALD ET AL.  App. Div., Sup. Ct. N. Y., 3d Jud. Dept.; and

No. 04–5908.  SCOTT *v.* PENNSYLVANIA DEPARTMENT OF PUBLIC WELFARE.  C. A. 3d Cir.  Motions of petitioners for leave to proceed *in forma pauperis* denied.  Petitioners are allowed until November 8, 2004, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.